■ BRIAN WAILD, Appellant, v JOHN BOULOS, M.D., Respondent. (Appeal No. 1.) [768 NYS2d 897]—Appeal from an order of Supreme Court, Orleans County (Punch, J.), entered July 12, 2002, which denied plaintiff's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Waild v Boulos* (2 AD3d 1284 [2003]). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.